# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| U.S. Equal Employment Opportunity Commission | * |
| Plaintiff(s) | * |
| vs. | *   Case No.: 1:22–cv–02492–JKB |
| Shepherd Electric Co., Inc. | * |
| Defendant(s) | * |

*****

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636 and Local Rules 301 and 302 of the United States Court for the District of Maryland, this case is hereby referred to the Honorable Brendan A. Hurson, United States Magistrate Judge, for said District, for the following purposes(s):

[ ]   For all proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) by consent of the parties.

[x]   Settlement or other ADR conference.

[ ]   Discovery disputes as follows:

    [ ]   All discovery and related scheduling matters.
    [ ]   All discovery matters.
    [ ]   Specifically,

[ ]   Hearing (if necessary), proposed findings of fact, and recommendations for the disposition of motions to review administrative determinations in a Social Security or related benefits case pursuant to 42 U.S.C. § 405(g).

[ ]   Ordering and conducting supplementary proceedings in accordance with Md. R. Proc. 2–633.

[ ]   Reviewing a default judgment and/or making recommendations concerning damages.

[ ]   Other

Date: December 15, 2022                        _____/s/_____
                                                               James K. Bredar
                                                               United States District Judge